UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 08CIV6735

J&J SPORTS PRODUCTION, INC. as broadcast Licensee of the
November 10, 2007 Cotto/Mosley Program

Plaintiff(s)/Petitioner(s)

against

ALBERTO CADENA, Individually, and as officer, director,
shareholder and/or principal of MI TIERRA SPORTS BAR, INC.
dba MI TIERRA SPORTS BAR, and MI TIERRA SPORTS BAR, INC.
dba MI TIERRA SPORTS

Defendant(s)/Respondent(s)

AFFIDAVIT
OF
SERVICE

STATE OF NEW YORK, COUNTY OF Kings SS:

Keith P. Karaha, License No. 1212668 being duly sworn, says that the deponent is not a party to this action, is over 18 years age and resides at Bronx County.

That on 8/12/2008, at 9:14 PM, at 217 E. Tremont Ave.,, Bronx, NY, 10457 deponent served the Summons, Complaint, Rule 7.1 Individual Practices of Judge and Magistrate Judge on Alberto Cadena Individually, and as officer, directr, shareholder and/or principal of Mi Tierra Sports Bar, Inc. dba Mi Tierra Sports Bar, therein named

PERSONAL
[ ]
by delivering a true copy of each to said respondent/recipient personally; deponent person described as said recipient therein.

CORPORATION
[ ]
a corporation, by delivering thereat true copy of each to, personally, deponent knew said corporation so served to be the corporation described in said papers as said recipient and knew said individual to be thereof.

SUITABLE AGE PERSON
[x]
by delivering a true copy of each to **Johani "Doe", Managing Agent** a person of suitable age and discretion who was willing to receive same on behalf of all defendants. Said premises are the recipient's **place of business** within the state.

AFFIXING TO DOOR, ETC.
[ ]
by affixing a true copy of each to the door of said premises, which is the respondent(s) **place of business** within the state. Deponent was unable, with due diligence to find respondent or a person of suitable age and discretion thereat, having called there

DESCRIPTION OF RECIPIENT

| Sex | Color | Hair | Approx Age | Approx Height | Approx Weight |
|-----|-------|------|------------|---------------|---------------|
| M | Brown | Brown | 25 | 5'3 | 120 |

Other Identifying Features:

Sworn to before me on AUG 13 2008
Steven Stewart
Notary Public, State of New York
No. 01ST5066333
Qualified in Queens County
Commission Expires Sept. 23, 2010

Keith P. Karaha
License No.: 1212668

JUDGE SULLIVAN ORIGINAL

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

J & J SPORTS PRODUCTIONS, INC., as Broadcast Licensee of the November 10, 2007 Cotto/Mosley Program,

Plaintiff,

V.

ALBERTO CADENA, Individually, and as officer, director, shareholder and/or principal of MI TIERRA SPORTS BAR, INC. d/b/a MI TIERRA SPORTS BAR, and MI TIERRA SPORTS BAR, INC. d/b/a MI TIERRA SPORTS,

Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV 6735.

TO: (Name and address of Defendant)
**ALBERTO CADENA, Individually, and as officer, director, shareholder and/or principal of MI TIERRA SPORTS BAR, INC. d/b/a MI TIERRA SPORTS BAR**
263 E. Tremont Avenue
Bronx, New York 10457-5372

Our File No. 07-16-S01V

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, New York 12428
Tel. (845)647-8500

an answer to the complaint which is served on you with this summons, within _____twenty (20)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                         JUL 28 2008

CLERK                                                       DATE

(By) DEPUTY CLERK