## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 08-CV-6735                                                                                   Purchased/Filed: July 28, 2008

STATE OF NEW YORK      UNITED STATES DISTRICT COURT                              SOUTHERN DISTRICT

---

*J & J Sports Productions, Inc., as Broadcast Licensee of the November 10, 2007 Cotto/Mosley Program*     Plaintiff

against

*Alberto Cadena, Individually and as officer, director, shareholder, and/or principal of MI Tierra Sports Bar, Inc. d/b/a Mi Tierra Sports Bar. and Mi Tierra Sports Bar, Inc. d/b/a Mi Tierra Sports*     Defendant

---

STATE OF NEW YORK  
COUNTY OF ALBANY        SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ____August 11, 2008____, at __2:00pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

summons in A Civil Case, Rule 7.1, Judges Rules and Complaint

on

_____Mi Terra Sports Bar, Inc._____, the Defendant in this action, by delivering to and leaving with _____Chad Matice_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __28__    Approx. Wt: __200__    Approx. Ht: __6'0"__  
Color of skin: __White__    Hair color: __Brown__    Sex: __M__    Other: _____

Sworn to before me on this  
__15th__ day of __August, 2008__

DONNA M. TIDINGS  
NOTARY PUBLIC, State of New York  
No. 01TI4898570, Qualified in Albany County  
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0807731

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**

JUDGE SULLIVAN
ORIGINAL

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

J & J SPORTS PRODUCTIONS, INC., as
Broadcast Licensee of the November 10, 2007
Cotto/Mosley Program,
        Plaintiff,

V.

ALBERTO CADENA, Individually, and as officer,
director, shareholder and/or principal of MI TIERRA
SPORTS BAR, INC. d/b/a MI TIERRA SPORTS BAR,
and MI TIERRA SPORTS BAR, INC. d/b/a MI TIERRA
SPORTS,
        Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV 6735

TO: (Name and address of Defendant)
**MI TIERRA SPORTS BAR, INC. d/b/a MI TIERRA SPORTS BAR**
**217 E. Tremont Avenue**
**Bronx, New York 10457-5300**        Our File No. 07-16-S01V

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, New York 12428
Tel. (845)647-8500

an answer to the complaint which is served on you with this summons, within   twenty (20)   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**        JUL 28 2008

CLERK                                     DATE

(By) DEPUTY CLERK